**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMED S. LY,**<br><br>         **Plaintiff,**<br><br>         **v.**<br><br>**JANET NAPOLITANO, Secretary of the**<br>**Department of Homeland Security, et al.,**<br><br>         **Defendants.** | **Civil Action 09-00297  (HHK)** |

**ORDER**

Before the court is Defendant's Motion for an Enlargement of Time to Answer or Move [8], which was filed at 6:48 pm on April 27, 2009, the day on which defendant's answer was due. Before the court rules on the motion, it is this 1st day of May 2009, **ORDERED** that defendant's counsel answer the following questions:

1) Counsel's motion indicates that "[t]he U.S. Attorney's Office received the Complaint on February 24, 2009." On what date was counsel assigned responsibility for the case?

2) Counsel indicates that "[p]romptly after receiving the Complaint, undersigned counsel contacted USCIS and FBI counsel to obtain information and assistance." On what date did counsel contact USCIS and FBI counsel for assistance?

3) Counsel indicates that he "learned that the FBI completed a 'name check' regarding Plaintiff's application." On what date did counsel learn that the FBI had completed a "name check"?

4) Counsel indicates that he "received an update from USCIS as to the status of [plaintiff's] application." On what date did counsel receive an update from USCIS about plaintiff's application status?

5)      Counsel indicates that after learning this information from the FBI and USCIS, he "informed Plaintiff of these developments."  On what date did counsel so inform plaintiff?

Counsel's responses shall be submitted in writing no later than 12:00 p.m. on May 5, 2009.

Henry H. Kennedy, Jr
United States District Judge