**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMED S. LY,**<br><br>               **Plaintiff,**<br><br>        **v.**<br><br>**JANET NAPOLITANO, Secretary of the**<br>**Department of Homeland Security, et al.,**<br><br>               **Defendants.** | **Civil Action 09-00297  (HHK)** |

**ORDER**

It is this 10th day of July 2009, hereby

**ORDERED** that plaintiff's "Motion for Extension of Time to File Response/Reply"

[#14] is **DENIED** without prejudice for failure to comply with LCvR 7(m), which imposes a

duty to confer with opposing counsel before filing any nondispositive motion and to "include [in

the motion] a statement that the required discussion occurred and a statement as to whether the

motion is opposed."

                                              Henry H. Kennedy, Jr.
                                              United States District Judge