UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMED S. LY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-0297 (HHK) |
| | ) | |
| JANET NAPOLITANO, Secretary, U.S. | ) | |
| Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of Defendants' consent motion to stay, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED,

ORDERED that this action is hereby stayed until April 6, 2010, and it is further

ORDERED, if this action remains pending, that the parties shall jointly submit on or before April 6, 2010, a report indicating the next steps the parties propose to take in this action.

SIGNED:

January 15, 2010
Date

HENRY H. KENNEDY, JR.
United States District Judge