**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **MOHAMED S. LY,** |
| **Plaintiff,** |
| **v.** |
| **JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al.,** |
| **Defendants.** |

**Civil Action 09-00297  (HHK)**

**ORDER DIRECTING PLAINTIFF TO RESPOND TO**
**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

This matter comes before the Court upon defendants' "Renewed Motion to Dismiss" [#24] filed on April 6, 2010.  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is by the Court this 9th day of April 2010, hereby

**ORDERED** that plaintiff file an opposition to defendants' motion on or before April 28, 2010.  If plaintiff fails to file a response or opposition to defendants' motion by this deadline, the Court may enter judgment in favor of defendants.  *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge