**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMED S. LY,**<br><br>                    **Plaintiff,**<br><br>       **v.**<br><br>**JANET NAPOLITANO, Secretary of the<br>Department of Homeland Security, et al.,**<br><br>                    **Defendants.** | **Civil Action 09-00297  (HHK)** |

**ORDER**

Before the Court is defendants' "Renewed Motion to Dismiss" [#24].  On April 9, 2010, the Court ordered plaintiff to file an opposition to defendants' motion "on or before April 28, 2010" and informed plaintiff that if he failed to do so "the Court may enter judgment in favor of defendants."  Order at 1.  Plaintiff  has not filed an opposition to defendants' renewed motion to dismiss.  Therefore, pursuant to LCvR 7(b), defendants' renewed motion to dismiss is deemed conceded.

Accordingly, it is this 25th day of May 2010, hereby

**ORDERED** that defendants' renewed motion to dismiss [#24] is **GRANTED**; and it is further

**ORDERED** that the complaint in this case is **DISMISSED**.[1]

Henry H. Kennedy, Jr.
United States District Judge

---

[1] This is an appealable order.